✑Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:** Desmond Maurice Deas     **Case Number:** 2:20CR00124-001

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** April 20, 2021

**Original Offense:** Felon in Possession of a Firearm and Ammunition in violation of Title 18 U.S.C. §§ 922(g)(1), 924(a)(2)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 45 months followed by 36 months supervised release. The following special conditions were ordered: 1) The defendant shall submit to substance abuse testing to determine if you have used a prohibited substance. You must contribute to the cost of such program not to exceed the amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid. 2) The defendant shall participate in and successfully completed a Cognitive Behavioral Treatment (CBT) program. The Court recommends you return to Turning Leaf, which would qualify for your CBT requirement.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** June 14, 2023

**Previous Court Action/Notification(s):** On July 6, 2023, the Court was notified that the defendant tested positive for marijuana. The probation office requested no action be taken at the time, for the purpose of allowing the defendant to enroll in the random urinalysis testing program and the probation office's cognitive behavioral treatment program.

On August 1, 2023, the Court modified the defendant's conditions of supervision to include mental health treatment for the purpose of assisting the defendant due to his difficulties sleeping.

On February 1, 2024, the Court was notified that the defendant tested positive for marijuana, oxycodone, oxymorphone, and cocaine on January 23, 2024. No action was requested of the Court in order to allow the defendant to participate in mental health treatment.

On May 2, 2024, the Court was notified that the defendant tested positive for marijuana, oxycodone, oxymorphone, and cocaine on April 18, 2024. No action was requested of the Court for the purpose of allowing the defendant to complete a substance abuse assessment.

On May 13, 2024, the Court modified the defendant's conditions of supervision to include substance abuse treatment for the purpose of assisting the defendant with his substance abuse addiction.

Prob 12A                                                                                                                        Page 2
(Rev. 01/2020 - D/SC)

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Failure to Refrain from the Use of Illegal Substances:** The defendant tested positive for marijuana, oxycodone, oxymorphone, and cocaine on May 17, 2024. The test for marijuana was confirmed positive by Alere Toxicology on May 23, 2024. The test for oxycodone and oxymorphone was confirmed positive by Alere Toxicology on May 26, 2024. The test for cocaine was confirmed positive by Alere Toxicology on May 24, 2024. |
| 2. | **Failure to Attend Mental Health Counseling:** Mr. Deas failed to attend mental health counseling on December 13, 2023, January 18, 2024, February 14, 2024, March 6, and March 20, 2024, April 10 and April 24, 2024. |
| 3. | **Failure to Work at a Lawful Occupation:** Mr. Deas has been unemployed since November 1, 2023. |

**U.S. Probation Officer Action:** It is respectfully recommended that the violations be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violations.

Title 18 U.S.C. § 3583(g)(4) requires mandatory revocation for testing positive for illegal controlled substances more than three (3) times over the course of one (1) year. This provision may be waived upon consideration of available treatment programs, or the individual's current or past participation in such programs, when considering any action against a defendant who fails a drug test administered in accordance with 18 U.S.C. § 3583(d).

Mr. Deas has been advised to participate in substance abuse and mental health counseling. Additionally, he started the U.S. Probation Office Cognitive Behavioral Therapy Program. He will be enrolled in the random urinalysis testing program and screened for placement in the Bridge Program. Any further violations will be reported to the Court with an appropriate recommendation.

Respectfully Submitted,

By: _____
Adam P. Davis
U.S. Probation Officer
Charleston Office

Date: June 14, 2024

Prob 12A  
(Rev. 01/2020 - D/SC)

Page 3

Reviewed and Approved By:

*Katrina Robinson-Curtis*

Katrina Robinson-Curtis  
Supervising U.S. Probation Officer

---

| X | Agree with Probation Officer's recommendation |

| ☐ | Submit a Request for Modifying the Condition or Term of Supervision |

| ☐ | Submit a Request for Warrant or Summons |

| ☐ | Other |

*Bruce H. Hendricks*

Bruce Howe Hendricks  
United States District Judge

June 17, 2024  
Date